IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00110–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRUCE JAMES COLLINS,

    Defendant.

---

**ORDER**

---

On May 8, 2008 Kevin W. Boyd, attorney for Bruce Collins, was ordered to show cause in writing why he did not appear at a fully-noticed hearing held that day. In an attempt to comply with the order, Mr. Boyd has filed two documents: (1) an "Order of Compliance to Show Cause" (#29) and (2) a "Motion to Show Cause" (#28). Except for their titles, the two documents are identical.

Counsel recites that, having reviewed the local rules, he had concluded that he need not be present at the hearing. He does not cite a rule, and there is none. The court expects counsel to be present at all future hearings scheduled in this matter, unless the court issues an order permitting other arrangements. On this condition, it is

ORDERED that the Order to Show Cause (#25) is hereby DISCHARGED.

Dated this 20th day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge