UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00110-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRUCE COLLINS,

    Defendant,

    and

IDERA, INC. ,

    Garnishee
_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff the United States of America's Application for Writ of Continuing Garnishment filed June 6, 2014 (ECF No. 77).  The Court, having reviewed the Application and being fully advised in the premises, it is

ORDERED that the United States of America's Application for Writ of Continuing Garnishment filed June 6, 2014, is **GRANTED**.  The Clerk of Court may issue a Writ of Continuing Garnishment upon the judgment entered against Defendant Bruce Collins.

    Dated:  June 6, 2014

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge